04/27/99  09:53  CL: 3/5/99

31

NO. 695   P03

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas
ENTERED
JUN 07 1999
Michael N. Milby, Clerk of Court

IN RE:                          *       CASE NO.
                                *
AMALIA GONZALES                 *       96-24673-C-13
                                *
DEBTOR(S)                       *       CHAPTER 13

**ORDER GRANTING TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

Came on for consideration by this Court, the Trustee's Motion to Pay Funds into the Court Registry pursuant to 11 U.S.C. Section 347(a) and it appearing to the Court that the motion as presented is with merit it is accordingly,

ORDERED, ADJUDGED AND DECREED that Cindy Boudloche, Chapter 13 Trustee is authorized to pay the $ 3,149.42 now held by her in the above referenced case for the following creditor:

RHS
COMMUNITY DEVELOPMENT MANAGER
PO BOX 1176
VICTORIA  TX  77902

, together with any accrued interest thereon, into the Registry of the Court.

Dated: JUN 0 1 1999

United States Bankrupcty Judge

Order Submitted By:
Cindy Boudloche,
Chapter 13 Trustee
711 N. Carancahua, Suite 1508
Corpus Christi, Texas 78475
(361) 883-5786



32